# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FARQUHAR,<br><br>   Plaintiff,<br><br>   v.<br><br>CAIN,<br><br>   Defendant.<br>_____/ | CASE NO. 1:02-CV-5712-OWW-LJO-P<br><br>ORDER NOTIFYING PARTIES PLAINTIFF'S ADDRESS OF RECORD HAS BEEN CHANGED BY THE COURT TO HIGH DESERT STATE PRISON |

On December 15, 2005, the Court issued an order which in part required plaintiff to file his pretrial statement within two weeks. The Clerk's Office was directed to fax the order to plaintiff via the Litigation Office. In the course of coordinating service by facsimile, the Court was informed by CDC staff that plaintiff had transferred from Deuel Vocational Institution to High Desert State Prison on December 12, 2005. Due to the need for expediency in this matter, the Court made an exception to the requirement that plaintiff must notify the Court of any change in his address and changed plaintiff's address of record to High Desert in the Court's system. Defendant's counsel is notified via the issuance of this order of plaintiff's address change.

IT IS SO ORDERED.

**Dated:   December 16, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                                            UNITED STATES MAGISTRATE JUDGE