# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FARQUHAR,<br><br>         Plaintiff,<br><br>    v.<br><br>CAIN,<br><br>         Defendant.<br>_____/ | CASE NO. 1:02-CV-5712-OWW-LJO-P<br><br>ORDER DENYING DEFENDANT'S MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE PRETRIAL STATEMENT AND MOTION TO VACATE TELEPHONIC TRIAL CONFIRMATION HEARING SET FOR JANUARY 12, 2006<br><br>(Doc. 90)<br><br>New Deadline for Defendant to File Pretrial Statement:    **January 10, 2006** |

Plaintiff Mark Anthony Farquhar ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for telephonic trial confirmation hearing on January 12, 2006, and jury trial on February 28, 2006. On December 15, 2005, following plaintiff's failure to comply with the Second Scheduling Order, the court ordered plaintiff to file his pretrial statement within fifteen days. On December 16, 2005, defendant Cain filed a motion seeking (1) thirty days from the date of service of plaintiff's pretrial statement within which to file his pretrial statement and (2) to vacate the telephonic trial confirmation hearing.

It is unnecessary at this juncture to vacate the telephonic trial confirmation hearing and defendant's motion is therefore HEREBY DENIED. Further, defendant's motion for an extension of thirty days from the date of service of plaintiff's pretrial statement within which to file defendant's

pretrial statement is HEREBY DENIED. Defendant may have until **January 10, 2006**, within which to file his pretrial statement.

IT IS SO ORDERED.

**Dated:** **December 20, 2005**  /s/ Lawrence J. O'Neill
b9ed48                                             UNITED STATES MAGISTRATE JUDGE