# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FARQUHAR,<br><br>    Plaintiff,<br><br>    v.<br><br>CAIN,<br><br>    Defendant.<br>_____/ | CASE NO. 1:02-CV-5712-OWW-LJO-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR FORTY-FIVE DAY EXTENSION OF TIME TO FILE PRETRIAL STATEMENT<br><br>(Doc. 92) |

    Plaintiff Mark Anthony Farquhar ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2006, plaintiff filed a motion seeking a forty-five day extension of time to file his pretrial statement.

    In this matter, a telephonic trial confirmation hearing is set for January 12, 2006, and jury trial is set for February 28, 2006. Plaintiff has known of these dates and of the need to file a pretrial statement since the Second Scheduling Order was issued on August 11, 2005. (Doc. 84.) During part of this time, plaintiff was out of prison and thus not subject to the limitations imposed by the California Department of Corrections that plaintiff now relies upon to support his request for additional time. (Doc. 85.) In light of these facts, plaintiff's assertion that he has had only limited time to prepare his pretrial statement is less than compelling.

///
///
///
///

For the foregoing reasons, it is HEREBY ORDERED that:

1. Plaintiff's motion for a forty-five day extension of time to file his pretrial statement is DENIED;

2. If plaintiff's pretrial statement is not received by the court by January 12, 2006, the matter will be addressed by the court during the telephonic trial confirmation hearing; and

3. The Clerk's Office shall fax a copy of this order to the Litigation Office at High Desert State Prison and request that it be delivered by hand to plaintiff.

IT IS SO ORDERED.

**Dated:   January 5, 2006**          /s/ Lawrence J. O'Neill
b9ed48                           UNITED STATES MAGISTRATE JUDGE