# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FARQUHAR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM CAIN,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:02-CV-5712-OWW-LJO-P<br><br>**SCHEDULING ORDER FOLLOWING TRIAL CONFIRMATION HEARING**<br><br><u>Telephonic Hearing on</u><br><u>Motions in Limine</u>:　February 16, 2006, at 9:00 a.m. in Courtroom 8 (LJO) |

　　　　As set forth in the telephonic trial confirmation hearing held on January 12, 2006, at 9:00 a.m. before the undersigned:

　　　　1.　　Motions in limine, if any, are due on or before January 27, 2006;

　　　　2.　　Oppositions to motions in limine, if any, are due on or before February 10, 2006;

　　　　3.　　A telephonic hearing to resolve motions in limine is set for February 16, 2006, at 9:00 a.m. in Courtroom 8;[1]

　　　　4.　　Counsel for defendant is directed to arrange for telephone contact with plaintiff and shall initiate the call to (559) 499-5680;

　　　　5.　　Proposed voir dire, if any, is due on or before February 17, 2006;

　　　　6.　　Trial briefs, if any, are due on or before February 17, 2006;

　　　　7.　　Proposed verdict forms and jury instructions are due on or before February 17, 2006;[2]

---

[1] If no motions in limine are filed, the court will vacate the hearing.

[2] Submission of a proposed verdict form and jury instructions is optional for plaintiff.

1

1     8.     Non-argumentative, brief statements of the case suitable for reading to the jury at the outset of jury selection are due on or before February 17, 2006; and

9.     The Clerk's Office shall fax a copy of this order to plaintiff via the Litigation Office at High Desert State Prison.

The Pretrial Order will be issued in due course.

IT IS SO ORDERED.

**Dated:**    **January 12, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES MAGISTRATE JUDGE