# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FARQUHAR,<br><br>          Plaintiff,<br><br>     v.<br><br>CAIN,<br><br>          Defendant.<br>_____/ | CASE NO. 1:02-CV-5712-OWW-LJO-P<br><br>ORDER NOTIFYING PARTIES OF COURT'S NEW ADDRESS AND PHONE NUMBER |

The parties are HEREBY NOTIFIED that effective January 17, 2006, the Court's address and phone number changed to:

2500 Tulare Street, Room 1501

Fresno, California, 93721

(559) 499-5600.


IT IS SO ORDERED.

**Dated:   January 19, 2006**             /s/ Lawrence J. O'Neill
b9ed48                                                         UNITED STATES MAGISTRATE JUDGE

1