1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   MARK ANTHONY FARQUHAR,                    CASE NO. 1:02-CV-5712-OWW-LJO-P

10                         Plaintiff,         ORDER VACATING TELEPHONIC
                                              MOTIONS IN LIMINE HEARING SET FOR
11        v.                                  FEBRUARY 16, 2006, AT 9:00 A.M.

12   CAIN,                                    (Doc. 97)

13                         Defendant.
                                        /
14

15        On January 13, 2006, the court set a telephonic motions in limine hearing for February 16,

16   2006, at 9:00 a.m.  The deadline for filing motions in limine was January 27, 2006, and neither party

17   filed any.  Accordingly, the motions in limine hearing set for February 16, 2006, at 9:00 a.m. before

18   the undersigned is HEREBY VACATED.

19

20   IT IS SO ORDERED.

21   **Dated:   January 31, 2006**              _____/s/ Lawrence J. O'Neill_____
     b9ed48                                   UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

                                              1