# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FARQUHAR,<br><br>         Plaintiff,<br><br>    v.<br><br>CAIN,<br><br>         Defendant. | CASE NO. 1:02-CV-5712-LJO-P<br><br>ORDER VACATING JANUARY 30, 2006 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO MARK ANTHONY FARQUHAR, #P-17082<br><br>(DOCUMENT #103) |

    Plaintiff Mark Anthony Farquhar ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On January 30, 2006, the Court issued an order and Writ of Habeas Corpus ad Testificandum commanding the Warden of High Desert State Prison to produce California prisoner Mark Anthony Farquhar, #P-17082, in this Court on February 28, 2006, to testify at trial in this action.

    On February 7, 2006, this action was dismissed. Accordingly, due to this dismissal, IT IS ORDERED that the Court's order of January 30, 2006, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on January 30, 2006, commanding the production of inmate Mark Anthony Farquhar be VACATED.

IT IS SO ORDERED.

**Dated:   February 7, 2006**                /s/ Lawrence J. O'Neill
i0d3h8                                         UNITED STATES MAGISTRATE JUDGE