1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY FARQUHAR, | CASE NO. 1:02-CV-5712-LJO-P |
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S MOTION FOR DISMISSAL AND DEFENDANT'S STIPULATION THERETO |
| v. | |
| CAIN, | |
| Defendant. | |

Plaintiff Mark Anthony Farquhar ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Plaintiff's motion for voluntary dismissal of this action, made during a hearing held on this date, and Defendant's stipulation thereto, this action is HEREBY DISMISSED, with prejudice.  Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

**Dated:     February 7, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                      UNITED STATES MAGISTRATE JUDGE

1